IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DELWYN LARAY GLADNEY

    Defendant.

CR NO: 1:17-cr-00107-LJO-SKO

FILED
MAY 31 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    ☒ Ad Prosequendum      ☐ Ad Testificandum

| | | |
|---|---|---|
| Name of Detainee: | Delwyn Laray Gladney Sr. | |
| Detained at: | Wasco State Prison | |
| Detainee is: | a.) | ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint charging detainee with: 18 U.S.C. § 922(g)(1) |
| or | b.) | ☐ a witness not otherwise available by ordinary process of the Court |
| Detainee will: | a.) | ☒ return to the custody of detaining facility upon termination of proceedings |
| or | b.) | ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility |

*Appearance is necessary FORTHWITH in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Ross Pearson |
| Printed Name & Phone No: | ROSS PEARSON |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
    ☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: May 31, 2017

    Honorable Sheila K. Oberto
    U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | Delwyn Laray Gladney | ☒ Male | ☐ Female |
| Booking or CDC #: | BC4919 | DOB: | 02/19/1969 |
| Facility Address: | 701 Scofield Ave. Wasco, CA 93280 | Race: | Black |
| Facility Phone: | (661) 758-8400 | FBI#: | 376617JA6 |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____  _____
                                   (signature)