1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,                    No.  17-cr-00107-JLT-SKO

12                 Plaintiff,

13        v.                                        ORDER REFERRING MOTION FOR
                                                    COMPASSIONATE RELEASE TO THE
14   DELWYN L. GLADNEY, SR.,                        FEDERAL DEFENDER'S OFFICE

15                 Defendant.                       (Doc. 30)

16

17

18        On October 15, 2018, Defendant Delwyn L. Gladney, Sr. was sentenced in this action.

19   (Doc. 25.)  On May 14, 2021, Defendant petitioned the Court for counsel to assist in filing a

20   motion for compassionate release pursuant to the First Step Act and 18 U.S.C. § 3582(c)(1)(A).

21   (Doc. 30.)  Due to an administrative oversight, the request was not properly designated for timely

22   action by the Court.

23        Pursuant to General Order No. 595, the Federal Defender's Office ("FDO") is appointed

24   to represent defendant in connection with the motion for compassionate release.  The FDO shall

25   have 60 days from the date of this order to file a supplement to defendant's *pro se* motion or to

26   notify the court and the government it does not intend to file a supplement.  Thereafter, absent

27   further order from the court amending the deadlines, the government shall have 30 days from the

28   date of the FDO's filing to file an opposition to defendant's motion.  Any reply shall be filed

1    within 15 days of the filing of any opposition by the government.

2           The Clerk of the Court is directed to include Assistant Federal Defenders Ann McClintock

3    (Ann_McClintock@fd.org) and Carolyn Wiggin (Carolyn_Wiggin@fd.org) in the CM/ECF's

4    Notice of Electronic Filing in this action.

5

6    IT IS SO ORDERED.

7        Dated:   **June 7, 2022**

UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2