## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DELWYN LARAY GLADNEY, SR.,<br><br>Defendant. | No. 1:17-cr-00107-JLT<br><br>ORDER GRANTING VOLUNTARY WITHDRAWAL OF MOTION FOR APPOINTMENT OF COUNSEL TO PURSUE HIS COMPASSIONATE RELEASE AND MOTION FOR COMPASSIONATE RELEASE<br><br>(Docs. 30, 31, 37) |

The Court granted Mr. Gladney's request for appointment of counsel to assist him in pursuing his compassionate release. (Docs. 30, 31, 33) Through his counsel, Mr. Gladney now voluntarily withdraws his motion for compassionate release due to his transfer to a halfway house where the risks posed by the COVID pandemic have been reduced.  (Doc. 37) Thus, the Court **ORDERS**:

    1.    The order referring this matter to the Federal Defender for appointment of counsel is **WITHDRAWN**;

    2.    Mr. Gladney's voluntary withdrawal of his motion for appointment of counsel and for compassionate release is **GRANTED**.

///

///

1

3. The Clerk of Court is DIRECTED to terminate the motions at Docs. 30, 31 and 37.

IT IS SO ORDERED.

Dated:   **November 30, 2022**

UNITED STATES DISTRICT JUDGE